IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANTOS BONILLA,<br><br>　　　　　Defendant. | Case No.: 1:18-CR-00207-010 DAD<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on July 16, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**July 16, 2021**__　　　　　　　　__/s/ Dale A. Drozd__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE